**O**

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>JOSEPH CORNELL WHITFIELD,<br><br>               Defendant. | Case No. 2:13-cr-00126-ODW-02<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING MOTION TO WITHDRAW GUILTY PLEA [124]** |

       In light of this Court's March 10, 2014 Order Granting Motion to Dismiss the Indictment for Outrageous Government Conduct, Defendant Joseph Cornell Whitfield filed a Motion to Withdraw Guilty Plea on March 18, 2014. (ECF No. 123.) He also filed this Ex Parte Application the same day, seeking to shorten the time for hearing the Motion. (ECF No. 124.) He indicates that the Government opposes the Ex Parte Application.

       Since Whitfield has already been sentenced as a result of his guilty plea, he is currently incarcerated. Any potential prejudice to the Government as the result of the shortened time for opposing the Motion is strongly outweighed by Whitfield's constitutional liberty interest in potentially reducing his imprisonment term. The

Court therefore finds good cause for hearing the Motion to Withdraw Guilty Plea on an expedited basis and **GRANTS** Whitfield's Ex Parte Application. (ECF No. 124.)

The Court accordingly sets the following briefing schedule for the Motion to Withdraw Guilty Plea:

- Opposition: March 25, 2014
- Reply: March 27, 2014
- Hearing: March 31, 2014, 10:00 a.m.

**IT IS SO ORDERED.**

March 19, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**